UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORVIN ESCALANTE SALAZAR,

    Plaintiff,

v.                                  Case No.: 2:26-cv-00433-SPC-NPM

KRISTI NOEM *et al*,

    Defendants,
_____/

## OPINION AND ORDER

Before the Court is Lorvin Escalante Salazar's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 5), and Salazar's reply (Doc. 6).

Salazar is a citizen and national of Venezuela. He entered the United States on November 7, 2016, and overstayed his visa. Border Patrol agents arrested Salazar on August 3, 2025, and the Department of Homeland Security commenced removal proceedings by issuing a notice to appear. On September 11, 2025, an immigration judge denied Salazar's request for release on bond, and Salazar did not appeal that decision. He remains in immigration custody with a final hearing on removal and asylum set for March 27, 2026.

Salazar argues his prolonged detention under 28 U.S.C. § 1226(a) violates his Fifth Amendment due process rights, but the Court does not see how. Salazar relies on the test established in *Mathews v. Eldridge*, 424 U.S.

319 (1976). But that test applies to procedural due process claims, and Salazar does not identify any procedural deficiencies relating to his detention. § 1226(a) authorizes the Attorney General to detain a noncitizen pending a decision on whether he is to be removed from the country. Salazar received the process he is entitled to, including a bond hearing. What is more, there is no statutorily implied time limit on detention under § 1226(a) because it has a "definite termination point: the conclusion of removal proceedings." *Jennings v. Rodriguez*, 583 U.S. 281, 304 (2018). Salazar's removal proceeding is pending, and his merits hearing is set for later this month.

Salazar has not established a violation of his Fifth Amendment due process rights. Accordingly, Salazar's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on March 5, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record